United States District Court
Southern District of Ohio

## Related Case Memorandum
### Criminal Cases

| | |
|---|---|
| TO: | Judge Michael R. Barrett and Judge Timothy S. Black |
| FROM: | Kevin Moser , Deputy Clerk |
| DATE: | January 15, 2025 |
| SUBJECT: | Case Caption: United States v. Charles E. Jones (1), Michael Downing (2) |
| CASE: | Case Number: 1:25-cr-00006 |
| DISTRICT JUDGE: | Michael R. Barrett |
| | File Date: January 15, 2025 |

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):** #1

| | | | |
|---|---|---|---|
| Case Caption: | USA v. Householder, et al. | | |
| Case Number: | 1:20-cr-00077 | District Judge: | Black |
| File Date: | 7/30/2020 | Magistrate Judge: | |

**Related Case(s):** #2

| | | | |
|---|---|---|---|
| Case Caption: | USA v. FirstEnergy Corp. | | |
| Case Number: | 1:21-cr-00086 | District Judge: | Black |
| File Date: | 7/22/2021 | Magistrate Judge: | |

**Related Case(s):** #3

| | | | |
|---|---|---|---|
| Case Caption: | USA v. Randazzo | | |
| Case Number: | 1:23-cr-00114 | District Judge: | Black |

Memo Re: Related Criminal Cases
Page 2

File Date:     11/29/2023         Magistrate Judge: _____

The District Judges having conferred, we respond to Deputy Clerk    Kevin Moser
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge    B l a c k

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_/s/ Michael R. Barrett_
United States District Judge

_s/Timothy S. Black_
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*